UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

Case No.: 1:14-cv-22594-RNS

OWL SHIPPING LLC,

    Plaintiff,

v.

DALIAN SUNTIME INTERNATIONAL TRANSPORTATION CO., LTD. A/K/A, DALIAN SUNTIME INT'L TRANSPORTATION CO., LTD. A/K/A, DALIAN SUNTIME INTERNATIONAL TRANSPORTATION COMPANY., LTD. A/K/A, DALIAN SUNTIME INTERNATIONAL TRANSPORTATION CO., LIMITED. A/K/A, DALIAN SUNTIME INTERNATIONAL TRANSPORTATION COMPANY, LIMITED.

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiff, OWL SHIPPING LLC., by and through undersigned counsel, and, pursuant to the Federal Rules of Civil Procedure 41(a), hereby voluntarily dismisses without prejudice the above-captioned matter.

DATED this 30th day of July, 2014.

    Respectfully submitted,

/s/Krista Fowler Acuña
Krista Fowler Acuña, Esquire
Florida Bar No.: 650791
kfacuna@chartwelllaw.com
The Chartwell Law Offices, LLP
200 South Biscayne Boulevard, Suite 300
Miami, Florida 33131-5322
Telephone: (305) 372-9044
Telefax: (305) 372-5044
Attorneys for *Owl Shipping LLC*

THE CHARTWELL LAW OFFICES, LLP